# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

                                                                        **Civil Action**
                                                                         **No: 19cv11103-WGY**

**S & S Corporation of Myrtle Beach**

**Plaintiff**

v.

**Cool Hand Luke, Inc.**
**Defendant**

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, D.J.**

      The Court having been advised on January 7, 2020 that the above-entitled action has been settled:

      **IT IS ORDERED** that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                                                                            **By the Court,**

                                                                            /s/Matthew A. Paine

                                                                            **Deputy Clerk**

**January 7, 2020**